# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

POWERSECURE, INC.,

    Plaintiff,

v.

TRUSTED TRANSFORMER
ENTERPRISE SOLUTIONS, LLC,
and JACK ROBERTS,

    Defendants.

CASE NO:

## PLAINTIFF POWERSECURE, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff PowerSecure, Inc. ("PowerSecure") certifies that it is a Delaware corporation with its principal place of business in Durham, North Carolina.

PowerSecure's ultimate parent is The Southern Company, which is a publicly held corporation owning, directly or indirectly, 10% or more of PowerSecure's stock.

DATED: May 2, 2025.

*/s/ Jacob M. Salow*
Jacob M. Salow, Esq.
Florida Bar No.: 1019760
Lightfoot, Franklin & White, LLC
The Clark Building

400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700
(205) 581-0799 (Facsimile)
jsalow@lightfootlaw.com
*Attorney for Plaintiff*
*PowerSecure, Inc.*